**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **Chapter 13** |
| **MICHELIN ALCIDE,** | : | |
| | : | |
| Debtor. | : | Bky. No.  10-15489 ELF |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Motion for Relief from the Automatic Stay filed by Everhome Mortgage Company, as Servicer for Everbank (Doc. # 25), the Debtor's response thereto, and after a hearing, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

Date:  May 27, 2011

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

-1-